O
JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-1647 PSG (AGRx) | Date | April 3, 2009 |
|---|---|---|---|
| Title | Interstate Fire and Casualty Company v. Michael Shaina | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):      Attorneys Present for Defendant(s):

Not Present      Not Present

**Proceedings:** **(In Chambers) Order Dismissing Case**

On March 11, 2009, the Court issued an Order to Show Cause ("OSC") to Interstate Fire and Casualty Company ("Plaintiff") requiring Plaintiff to explain why the Court should exercise jurisdiction over Plaintiff's declaratory relief action, brought under the Federal Declaratory Judgment Act, 28 U.S.C. § 2201(a).

Plaintiff filed a response on March 30, 2009, in which Plaintiff argues that under the factors discussed in the Court's OSC, the Court should not dismiss the case because a declaratory judgment is proper in this case. However, the Court disagrees. To resolve the narrow legal issues present in this case, the Court would need to delve into issues of state insurance law. These issues are better left to the state courts to determine. Accordingly, the Court dismisses the case, without prejudice.

**IT IS SO ORDERED.**